B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Christopher Bumsoo Kim                            Case No.   20-17856
                    Debtor(s)                             Chapter    7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept                    $   Reasonable Compensation
   Prior to the filing of this statement I have received          $   10,000.00
   Balance Due                                                    $   Reasonable Compensation

2. $ 335.00   of the filing fee has been paid.

3. The source of the compensation paid to me was:
   ☐ Debtor     ☑ Other (specify):   Chong Sun Kim (debtor's mother)

4. The source of compensation to be paid to me is:
   ☑ Debtor     ☑ Other (specify):   We understand that our fees may be paid, from time to time, by the debtor's parents.

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. To provide legal advice with respect to the debtor's rights, duties and obligations as a debtor in a Chapter 7 case;
   b. To assist the debtor in the preparation of the debtor's bankruptcy petition, bankruptcy schedules and statement of financial affairs and other ordinary and customary documents relating to a Chapter 7 bankruptcy case;
   c. To represent the debtor at the first meeting of creditors and any continued meetings conducted by the Chapter 7 trustee; and
   d. To assist the debtor in addressing any information requests by the Chapter 7 trustee.

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   a. Representation of the debtor in any proceedings to determine whether any debts are nondischargeable;
   b. Representation of the debtor in any proceeding objecting to the debtor's receipt of a discharge;
   c. Representation of the debtor in any tax-related issues;
   d. Representation of the debtor to negotiate a purchase of any non-exempt assets from the bankruptcy trustee;
   e. Representation of the debtor in any examinations sought to be conducted by a party in interest pursuant to Bankruptcy Rule 2004; and
   f. Representation in any other matters not subject to our engagement letter is subject to future negotiations and terms.

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

10/9/2020                                    /s/ Erich S. Buck
*Date*                                       Erich S. Buck, Esq. #6274635
                                             *Signature of Attorney*
                                             Adelman & Gettleman, Ltd.
                                             53 West Jackson Boulevard
                                             Suite 1050
                                             Chicago, IL 60604
                                             312-435-1050   Fax: 312-435-1059
                                             ebuck@ag-ltd.com
                                             *Name of law firm*

**ADELMAN & GETTLEMAN LTD**
established 1983

53 W. Jackson Boulevard I Suite 1050 I Chicago, Illinois 60604 I 312-435-1050 I Fax 312-435-1059
www.ag-ltd.com

PORTIONS REDACTED PURSUANT
TO ATTORNEY-CLIENT PRIVILEGE

ERICH S. BUCK
ebuck@ag-ltd.com

September 8, 2020

PERSONAL AND CONFIDENTIAL
SUBJECT TO ATTORNEY/CLIENT PRIVILEGE

**VIA E-MAIL**
Mr. Christopher Kim
1435 W. 15th Street, Unit 501
Chicago, IL 60608
sansoochris@gmail.com

   Re: Retention of Adelman & Gettleman, Ltd.

Dear Chris:

  This letter supersedes and replaces our prior engagement letter dated February 5, 2020, and confirms and finalizes the arrangement under which our firm will act as insolvency/bankruptcy counsel to you in connection with the filing of a Chapter 7 bankruptcy case (the "Chapter 7 Case").

[REDACTED]

  Upon execution of this letter and payment of the "Chapter 7 Prepayment" (defined below), provided you authorize the filing of a Chapter 7 Case on or before September 22, 2020, the Chapter 7 Prepayment shall be in full satisfaction of the following services (the "Retained Services"):

**RETAINED SERVICES**

  1. To provide legal advice with respect to your rights, duties and obligations as a debtor in a Chapter 7 Case;

  2. To assist you in the preparation of your bankruptcy petition, bankruptcy schedules and statement of financial affairs and other ordinary and customary documents relating to a Chapter 7 bankruptcy case;

1068371v3

Mr. Christopher Kim
September 8, 2020
Page 2 of 8

    3.    To represent you at the first meeting of creditors and any continued meetings conducted by the Chapter 7 trustee; and

    4.    To assist you in addressing any information requests by the Chapter 7 trustee.



Our firm concentrates in the areas of bankruptcy, commercial reorganization, insolvency, and commercial litigation. We encourage you to view our website at http://www.ag-ltd.com. We are pleased to have our lawyers listed in Naifeh and Smith's "The Best Lawyers in America", Woodward/White; "America's Leading Lawyers for Business" by Chambers and Partners; Illinois Super Lawyers; and Illinois Leading Lawyers Network. Our website describes the scope of our services and our experience.

**EXCLUDED SERVICES**

We endeavor to provide high quality legal services and to aggressively protect and/or assert the rights of our clients. We do not, however, render advice on tax, securities, criminal, trusts and estates, legal or accounting malpractice, labor, intellectual property or environmental law and other areas outside of our fields of concentration (the "Excluded Areas of Concentration"). Moreover, in the event you believe that you have any issues in the Excluded Areas of Concentration, we strongly recommend that you consult with attorneys who concentrate in these respective areas, as the passage of time often adversely affects your legal rights. We request that you consult your respective advisers in these areas as necessary before we take any definitive steps or before you agree to any settlement.

**ACCEPTANCE OF PROFESSIONAL RESPONSIBILITY LIMITED TO THE RETAINED SERVICES**

Subject to the terms and conditions of this letter, we agree to act as your counsel and accept professional responsibility with respect to the Retained Services, and to consult with the appropriate representatives, consult other parties and witnesses, make such investigations and

1101629v3

Mr. Christopher Kim
September 8, 2020
Page 3 of 8

review such documents as we deem necessary, and take other steps consistent with your best interests. To the extent applicable, we further agree to act on your behalf regarding any proposed settlement, but no settlement shall be made without your written consent. In light of the prepayment of legal services as provided herein, throughout the period of our engagement we shall not accept employment to render legal advice or assistance to any person or entity having interests directly adverse to you, and will refrain from accepting legal work that will interfere with our ability to provide legal services. You agree that we have accepted professional responsibility for the Retained Services only and no other matters. Any expansion of the scope of our retention shall be effective only upon the execution of a modified engagement letter specifying the scope of any additional professional responsibility.

### COUNSEL IN WRITING

Because of the complex nature of legal matters, we will endeavor to counsel you in writing. You understand that unless legal advice by us is given in writing, it may be misinterpreted. You agree to request advice in writing on important matters with regard to which you may rely on our advice. We understand, however, that you will rely on spoken advice when time does not allow us to put advice in writing. You understand that interpretation of laws is often difficult in the case of recently enacted laws, or laws, such as the 1978 Bankruptcy Act, or the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005, which may not have been interpreted by rules, regulations or courts. In addition, some laws, court decisions or regulatory determinations are retroactive. Although we will exercise reasonable diligence and care in attempting to apply applicable laws, you acknowledge that this is often difficult. Therefore, we are also required to rely on facts provided by you, your accountants, and other attorneys representing you, including your litigation counsel.



1101629v3

Mr. Christopher Kim
September 8, 2020
Page 4 of 8



**ATTORNEY FEES AND ADVANCE PAYMENT RETAINER**

In connection with our representation and in order to commence our efforts, we are to receive an "advance payment retainer" in the amount of $10,000.00 (the "Chapter 7 Prepayment") upon the signing of this letter. In addition, prior to commencing the Chapter 7 Case, we will require the amount of $335.00 for the filing fee of the Chapter 7 Case (the "Filing Fee").

**EXCLUDED BANKRUPTCY-RELATED SERVICES SUBJECT TO FURTHER ENGAGEMENT**

The Prepayment does **not** encompass representation of you in any of the following matters (collectively, the "Excluded Services"): (a) Non-Dischargeability Proceeding (see above) or an Objection to Discharge Proceeding (see above); (b) litigation over any exemptions you claim in the Chapter 7 Case; (c) any adversary proceedings in which you are a party or a witness; (d) any and all matters regarding tax-related issues; (e) efforts to negotiate a purchase of the Chapter 7 trustee's interest in and to any of your non-exempt assets; (f) an examination requested by any party in interest under Bankruptcy Rule 2004, which allows creditors or other parties in interest to seek relevant documents and take the deposition of the debtor regarding the assets, liabilities and financial affairs of the debtor; and (g) any and all other matters not expressly set forth above as being included in our customary Chapter 7 services enumerated under the

1101629v3

ADELMAN & GETTLEMAN LTD
established 1983

Mr. Christopher Kim
September 8, 2020
Page 5 of 8

Retained Services, including but not limited to areas of law falling within the Excluded Areas of Concentration.

In the event that the need for any of the Excluded Services arises in your Chapter 7 Case, and there is an agreement between us that our firm is to represent you in connection therewith, we will require additional prepayment(s) in amounts to be mutually agreed upon and fully paid as a condition to performing further work. By signing this agreement, you are acknowledging that you understand that if you are unable to reach an agreement with us concerning prepayments for Excluded Services, you will need to retain different counsel from our firm for all such matters.

**ABSOLUTE TRANSFER OF PREPAYMENT**

The Chapter 7 Prepayment will be treated as an absolute transfer to us, is income to us upon receipt, and will not be held in a client trust account, but rather, will be deposited into our firm's regular operating or business account. We will, however, apply the Chapter 7 Prepayment against services rendered hereafter until the Chapter 7 Prepayment is consumed.

In the event the attorney/client relationship is terminated as provided herein, a right of refund will then arise which will entitle you to a refund of the Chapter 7 Prepayment to the extent it is not earned by us.

**ADVANCE PAYMENT RETAINER**

Please note that under Illinois law, there is another type of retainer paid to attorneys which is referred to as a "security retainer" under which the retainer is held by the attorney in a separate trust account and it remains the property of the client until the attorney applies it to charges for services that are actually rendered. Under Illinois law, you have the option to treat the Chapter 7 Prepayment as a "security retainer"; however, please be advised that we are unwilling to represent you unless the Chapter 7 Prepayment is treated as an "advance payment retainer" as described above. One of the reasons that we prefer to treat the Chapter 7 Prepayment as an "advance payment retainer" rather than as a "security retainer" is that under Illinois law and in applicable circumstances, a "security retainer" may remain subject to the claims of creditors, while an "advance payment retainer" does not. Accordingly, we believe that treating the Chapter 7 Prepayment as an "advance payment retainer" will afford both you and us with greater assurance that we will be compensated and that you will have legal services to the extent of the Chapter 7 Prepayment, and subject to the terms of this letter. Accordingly, by executing this letter, you agree that the Chapter 7 Prepayment and any additional prepayments shall be treated as an "advance payment retainer" as described above, and not as a "security retainer".

**HOURLY COMPENSATION IN THE EVENT YOU REFRAIN FROM FILING A CHAPTER 7 BANKRUPTCY**

In the event you do not authorize a Chapter 7 Case to be filed on or before September 22, 2020, we reserve the right to apply the Chapter 7 Prepayment at our hourly rates listed below for

1101629v3

ADELMAN & GETTLEMAN LTD
established 1983

Mr. Christopher Kim
September 8, 2020
Page 6 of 8

the services rendered and seek additional prepayment(s) in amount(s) to be mutually agreed upon as a condition of performing further work on your behalf or filing the Chapter 7 Case.

In the event our hourly rates are applied as provided above, we are to receive $550.00 an hour for the time expended by Messrs. Adelman, Gettleman or Merens, $475.00 for Mr. Silverman, $445.00 an hour for Messrs. Chaiken or Buck, $345.00 an hour for senior associates, $325.00 an hour for junior associates, and $135.00 an hour for research clerks and paralegals. The foregoing hourly rates are less than our customary rates and are given to you as a courtesy and as a result of our relationship with referring counsel. These rates are subject to increase annually at the beginning of each subsequent year. We anticipate that the time required may be in excess of the Chapter 7 Prepayment delivered, depending upon the complexity of the matters and the extent litigation is necessary. Subject to the matters described above, monthly invoices will be submitted and payment is due five (5) days after the date of our invoices (the "Due Date"). You agree to reimburse us for all disbursements made on your behalf, such as filing fees, computer research fees, long distance telephone charges, copying (at 10 cents per page) and messenger service.

**PAYMENT OF FEES AND EXPENSES BY THIRD PARTY**

We understand that payment of fees and expenses incurred by our firm on your behalf, including the Chapter 7 Prepayment and the Filing Fee, will be made by your parents, Young Kim and Chong Kim. To the extent Mr. or Mrs. Kim, or some other third-party payor, send our firm the Chapter 7 Prepayment and/or any additional amounts that come due on account of our representation of you, you hereby give informed consent: (i) that our firm may communicate with them, after first consulting with you, only about the fees and expenses; (ii) your parents or such other third-party payor will not be authorized to receive or request any information about representation of you unless you give our firm your express permission to make such disclosures, understanding that if our firm makes any disclosures of privileged information, it may waive the attorney/client privilege; (iii) your parents or such other third-party payor may not direct the legal matter – only you may make decisions about your legal matter; and (iv) if a refund is owed at the end of our representation, the refund will be made to you. Further, no attorney-client relationship shall be deemed to arise between our firm and your parents or such third-party payor, and all payments made to us on your behalf shall be deemed to be without recourse against you or your bankruptcy estate. Our fiduciary duties shall run to you, exclusively, as our client and to no one else, regardless of who remits fees on your behalf.

**INDUCEMENT TO ACCEPT PROFESSIONAL RESPONSIBILITY AND RIGHT TO TERMINATE ATTORNEY/CLIENT RELATIONSHIP**

You acknowledge that the above financial arrangements have been agreed upon to induce us to act as your attorneys. In the event that our fees remain unpaid for five (5) days after the Due Date of our invoice, we will have no alternative but to withdraw as your attorneys. By accepting this arrangement you will be deemed to consent in advance to allowing us to withdraw as your attorneys in such event(s), and expressly waive the attorney/client privilege concerning relevant portions of this letter so as to permit us to withdraw as your attorneys. Either party to

1101629v3

Mr. Christopher Kim
September 8, 2020
Page 7 of 8

this agreement shall have the right to terminate the attorney/client relationship provided herein upon five (5) business days' prior notice.

## AUTHORITY

You authorize us to give to, and receive from, your other counsel, representatives, consultants, accountant and tax return preparers, confidential information regarding your affairs.

## NON-RELIANCE BY CLIENT ON EXCLUDED PROFESSIONAL SERVICES

This document contains our entire agreement pertaining to our retention by you as your counsel in the Chapter 7 Case and for the Retained Services. There were no prior agreements between the parties with respect to our representation of you, excepting only our February 5, 2020 engagement letter which is superseded and replaced hereby. We have made no guarantees regarding the disposition of any phase of your matters.

## CHOICE OF LAW

You acknowledge and agree that in light of our firm's location in Chicago, Illinois and our attorneys' licensure to practice in the State of Illinois, the professional standards applicable to the conduct of our firm in its representation of you shall be determined by the Illinois Rules of Professional Conduct without giving effect to any choice of law principles which would otherwise require the application of the professional standards of a different state.

## ACCEPTANCE AND COMMENCEMENT OF SERVICES

If this arrangement is satisfactory to you, and you fully understand the subject matter of this letter, please indicate by signing and returning the enclosed copy of this letter at your earliest convenience. An electronically transmitted signature hereto shall be as legally effective and binding as a signed original for all purposes. Upon receipt of this letter and the Chapter 7 Prepayment requested herein, we will proceed promptly. We shall have no responsibility to commence our efforts until the Chapter 7 Prepayment is paid and the engagement letter is signed by you and returned to us.

In order to expedite matters, you may send the Chapter 7 Prepayment requested herein via ACH or wire transfer as follows:



1101629v3

ADELMAN & GETTLEMAN LTD
established 1983

Mr. Christopher Kim
September 8, 2020
Page 8 of 8

  If you have any questions or if I may be of further assistance, please feel free to contact me.

          Sincerely,

          *Erich S. Buck*

          Erich S. Buck

cc: Adam P. Silverman, Esq. (via email)

THE ABOVE IS FULLY ACKNOWLEDGED, APPROVED AND AGREED TO AS OF THIS __10th__ DAY OF SEPTEMBER, 2020.

_____
CHRISTOPHER KIM

1101629v3