UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Case No. 20bk17856 |
| Christopher Bumsoo Kim, | ) |
| | ) Chapter 7 |
| Debtor. | ) |
| | ) Judge Timothy A. Barnes |

FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER
AWARDING TO CHERYL WESLER AND WESLER & ASSOCIATES, CPA, PC,
ACCOUNTANTS FOR THE CHAPTER 7 TRUSTEE, FOR ALLOWANCE AND PAYMENT
OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $1,472.50 | TOTAL COSTS REQUESTED: | $436.62 |
| TOTAL FEES REDUCED: | $0.00 | TOTAL COSTS REDUCED: | $436.62 |
| TOTAL FEES ALLOWED: | $0.00 | TOTAL COSTS ALLOWED: | $436.62 |

TOTAL FEES AND COSTS ALLOWED: $1,472.50

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(1)     Insufficient Description – TOTAL of disallowed amounts: $436.62

The Court denies the allowance of compensation for the indicated task(s) as the description of each task fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-09 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) (same).

Dated: February 25, 2026
_____

_____
Timothy A. Barnes, Judge
United States Bankruptcy Court

**Statement of Services Rendered**
**Christopher B. Kim**
**Case No.  21-17856**

| Work Performed | Individual | Date | Hours | Rate | Total |
|---|---|---|---|---|---|
| Review of updated case documents | KRL | 06/25/25 | 0.20 | $ 225.00 | $ 45.00 |
| Preparation of 2024 bankruptcy estate tax returns | KEG | 06/25/25 | 0.20 | $ 175.00 | $ 35.00 |
| Preparation of supplemental statement | KEG | 06/25/25 | 0.20 | $ 175.00 | $ 35.00 |
| Preparation of prompt determination requests | KEG | 06/25/25 | 0.10 | $ 175.00 | $ 17.50 |
| Review of bankruptcy estate tax returns | KRL | 06/26/25 | 0.20 | $ 225.00 | $ 45.00 |
| Preparation of 2024 bankruptcy estate tax returns | KEG | 07/01/25 | 0.30 | $ 175.00 | $ 52.50 |
| Preparation of 2024 bankruptcy estate tax returns | KEG | 08/11/25 | 0.30 | $ 175.00 | $ 52.50 |
| Review of bankruptcy estate tax returns | KRL | 08/11/25 | 0.10 | $ 225.00 | $ 22.50 |
| Review of bankruptcy estate tax returns, supplemental statement, and prompt determination requests | CGW | 08/16/25 | 0.10 | $ 325.00 | $ 32.50 |
| Review and revision of bankruptcy estate tax returns | KRL | 08/18/25 | 0.20 | $ 225.00 | $ 45.00 |
| Prepare and send tax return for signature | BPM | 08/18/25 | 0.50 | $ 175.00 | $ 87.50 |
| Copy, compile, and mail the federal and state bankruptcy estate tax returns to the appropriate Internal Revenue Service branch including mailing/faxing of prompt determination to the Insolvency Unit | EDW | 08/19/25 | 0.10 | $ 175.00 | $ 17.50 |
| Copy, compile, and mail the federal and state bankruptcy estate tax returns to the appropriate Internal Revenue Service branch including mailing/faxing of prompt determination to the Insolvency Unit | RAB | 08/19/25 | 0.40 | $ 175.00 | $ 70.00 |
| Preparation of supplemental statement | EDW | 12/29/25 | 0.10 | $ 175.00 | $ 17.50 |
| Preparation of prompt determination requests | EDW | 12/29/25 | 0.10 | $ 175.00 | $ 17.50 |
| Preparation of 2025 bankruptcy estate tax returns | EDW | 01/05/26 | 0.70 | $ 175.00 | $ 122.50 |
| Review and revision of bankruptcy estate tax returns | KRL | 01/05/26 | 0.40 | $ 225.00 | $ 90.00 |
| Preparation of 2025 bankruptcy estate tax returns | EDW | 01/06/26 | 0.50 | $ 175.00 | $ 87.50 |
| Review and revision of bankruptcy estate tax returns | KRL | 01/06/26 | 0.40 | $ 225.00 | $ 90.00 |
| Preparation of 2025 bankruptcy estate tax returns | EDW | 01/09/26 | 0.30 | $ 175.00 | $ 52.50 |
| Review and revision of bankruptcy estate tax returns | KRL | 01/09/26 | 0.20 | $ 225.00 | $ 45.00 |
| Review of bankruptcy estate tax returns, supplemental statement, and prompt determination requests | CGW | 01/09/26 | 0.10 | $ 325.00 | $ 32.50 |
| Send tax return for signature | EDW | 01/09/26 | 0.20 | $ 175.00 | $ 35.00 |
| Preparation and filing of 1099 | HMS | 01/21/26 | 0.50 | $ 175.000 | $ 87.50 |
| Review of 1099 | CGW | 01/21/26 | 0.20 | $ 325.00 | $ 65.00 |
| Copy, compile, and mail the federal and state bankruptcy estate tax returns to the appropriate Internal Revenue Service branch including mailing/faxing of prompt determination to the Insolvency Unit | EKW | 01/30/26 | 0.50 | $ 175.00 | $ 87.50 |
| Review mailing | KRL | 01/30/26 | 0.30 | $ 225.00 | $ 67.50 |
| Mail returns at post office | EKW | 01/30/26 | 0.10 | $ 175.00 | $ 17.50 |

(1) Costs, which include fees for postage, software license allocation, and estate return fees.        $   436.62

Total                                                                                                         $ 1,909.12

| Breakdown | | |
|---|---|---|
| Rendered Services | 7.50 | $ 1,472.50 |
| Expenses | | $   436.62 |
| Total Due | | $ 1,909.12 |

| | | | |
|---|---|---|---|
| CGW | 0.40 | $ 325.00 | $130.00 |
| KRL | 2.00 | $ 225.00 | $450.00 |
| KEG | 1.10 | $ 175.00 | $192.50 |
| EDW | 2.00 | $ 175.00 | $350.00 |
| RAB | 0.40 | $ 175.00 | $70.00 |
| EKW | 0.60 | $ 175.00 | $105.00 |
| HMS | 0.50 | $ 175.00 | $87.50 |
| BPM | 0.50 | $ 175.00 | $87.50 |
| Total Hours by Staff | 7.50 | | $1,472.50 |